**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-25740-DRC |
|---|---|---|
| | § | |
| ROBERT V. WALSH | § | |
| GLYNIS WALSH | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 A.M. on 7/12/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/06/2013                         By:   /s/ David E. Grochocinski
                                                         (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-25740-DRC
§
ROBERT V. WALSH §
GLYNIS WALSH §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $12,022.13
*and approved disbursements of* $95.54
*leaving a balance on hand of[1]:* $11,926.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $11,926.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,952.21 | $0.00 | $1,952.21 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,552.50 | $0.00 | $1,552.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $20.05 | $0.00 | $20.05 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $504.00 | $0.00 | $504.00 |

Total to be paid for chapter 7 administrative expenses: $4,028.76
Remaining balance: $7,897.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $7,897.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $7,897.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,890.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $2,615.18 | $0.00 | $376.27 |
| 2 | Discover Bank | $5,799.63 | $0.00 | $834.47 |
| 3 | US BANK N.A. | $8,847.87 | $0.00 | $1,273.06 |
| 5 | American Express Centurion Bank | $5,276.18 | $0.00 | $759.15 |
| 6 | eCAST Settlement Corporation, assignee | $5,071.17 | $0.00 | $729.65 |
| 7 | eCAST Settlement Corporation, assignee | $21,604.06 | $0.00 | $3,108.45 |
| 8 | Portfolio Recovery Associates, LLC | $5,676.68 | $0.00 | $816.78 |

|   | Total to be paid to timely general unsecured claims: | $7,897.83 |
|---|---:|---:|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert V. Walsh  
Glynis Walsh  
     Debtors

Case No. 12-25740-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 3     Date Rcvd: Jun 07, 2013  
                       Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2013.

```
db/jdb     +Robert V. Walsh,   Glynis Walsh,   435 Summit Drive,   West Chicago, IL 60185-2850
aty        +Innovalaw PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
19083478   +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
20179302    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19939163   +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),   294 Union St.,   Hackensack, NJ 07601-4303
19083480   +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
19083481   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19083482    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
19083486   +Menards,   220 West North Avenue,   West Chicago, IL 60185-6226
19083487   +Merchants Credit Guide,   223 W. Jackson Blvd,   Suite 900,   Chicago, IL 60606-6912
19083488   +Nationwide Credit, Inc.,   2015 Vaughn RD,   Kennesaw, GA 30144-7802
19083489    Neiman Marcus/HSBC,   PO Box 5235,   Carol Stream, IL 60197-5235
19083490   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502)
19083491    RBS Card Services,   PO Box 42010,   Providence, RI 02940-2010
19083492   +U.S. Bank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
20070256   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
             CINCINNATI, OH 45201-5229)
20187868    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19178829   +E-mail/Text: bnc@atlasacq.com Jun 08 2013 00:39:45     Atlas Acquisitions LLC,   attn Avi Schild,
             294 Union St.,   Hackensack, NJ 07601-4303
19083483    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2013 00:52:03     Discover Card,   12 Reads Way,
             New Castle, DE 19720-1649
19949382    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2013 00:52:03     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19083484   +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 08 2013 00:40:07     Equable Ascent Financial LLC,
             1120 W Lake Cook Rd.,   Suite B,   Buffalo Grove, IL 60089-1970
19083485   +E-mail/Text: resurgentbknotifications@resurgent.com Jun 08 2013 00:29:59     LVNV Funding, LLC,
             P.O. Box 10497,   Greenville, SC 29603-0497
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20352806*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to CAPITAL ONE BANK, N.A.,   POB 41067,   Norfolk, VA 23541)
20335410*   eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
19083479   ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina             Page 2 of 3              Date Rcvd: Jun 07, 2013
                              Form ID: pdf006          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina            Page 3 of 3            Date Rcvd: Jun 07, 2013
                              Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2013 at the address(es) listed below:

        Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
        David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
        lawyers@innovalaw.com
        David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
        David E Grochocinski    on behalf of Accountant Alan  Horewitch dgrochocinski@innovalaw.com,
        deg@trustesolutions.net
        Dennise L. McCann    on behalf of Debtor Robert V. Walsh mccann@aandalaw.com,  wheaton@aandalaw.com
        Dennise L. McCann    on behalf of Joint Debtor Glynis  Walsh mccann@aandalaw.com,
        wheaton@aandalaw.com
        Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
        kmmcguirelaw@sbcglobal.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 8