**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25740-DRC |
| | § | |
| ROBERT V. WALSH | § | |
| GLYNIS WALSH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | | Assets Exempt: | $93,300.00 |
| Total Distributions to Claimants: | $7,897.83 | | Claims Discharged Without Payment: | $46,992.94 |
| Total Expenses of Administration: | $4,124.30 | | | |

3)       Total gross receipts of $12,022.13  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $12,022.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,124.30 | $4,124.30 | $4,124.30 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $63,738.64 | $54,890.77 | $7,897.83 |
| **Total Disbursements** | NA | $67,862.94 | $59,015.07 | $12,022.13 |

4). This case was originally filed under chapter 7 on 06/27/2012. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2014         By:   /s/ David E. Grochocinski
                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Pepsico Stock | 1110-000 | $9,048.25 |
| 75 Shares of American Stock-Wendy's | 1129-000 | $315.75 |
| Altria Group Inc. Common Stock | 1129-000 | $91.75 |
| Shares of Kraft Foods Stock | 1129-000 | $2,566.38 |
| **TOTAL GROSS RECEIPTS** | | $12,022.13 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,952.21 | $1,952.21 | $1,952.21 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $11.36 | $11.36 | $11.36 |
| Green Bank | 2600-000 | NA | $84.18 | $84.18 | $84.18 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,552.50 | $1,552.50 | $1,552.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $20.05 | $20.05 | $20.05 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $504.00 | $504.00 | $504.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,124.30 | $4,124.30 | $4,124.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 7100-000 | NA | $2,615.18 | $2,615.18 | $376.27 |
| 2 | Discover Bank | 7100-000 | NA | $5,799.63 | $5,799.63 | $0.00 |
| | CLERK OF THE US BANKRUPTCY COURT (Claim No. 2; Discover Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $834.47 |
| 3 | US BANK N.A. | 7100-000 | NA | $8,847.87 | $8,847.87 | $1,273.06 |
| 4 | US BANK N.A. | 7100-000 | NA | $8,847.87 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | 7100-000 | NA | $5,276.18 | $5,276.18 | $759.15 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | NA | $5,071.17 | $5,071.17 | $729.65 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | NA | $21,604.06 | $21,604.06 | $3,108.45 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $5,676.68 | $5,676.68 | $816.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $63,738.64 | $54,890.77 | $7,897.83 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1          Exhibit 8

| Case No.: | 12-25740-DRC |
| Case Name: | WALSH, ROBERT V. AND WALSH, GLYNIS |
| For the Period Ending: | 1/2/2014 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 06/27/2012 (f) |
| §341(a) Meeting Date: | 09/12/2012 |
| Claims Bar Date: | 04/19/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 435 Summit Dr. West Chicago, IL 60185 | $180,000.00 | $0.00 | | $0.00 | FA |
| 2 | Harris Bank Checking Acct. 2961 | $2,541.69 | $0.00 | | $0.00 | FA |
| 3 | Harris Bank Checking Acct. No. 2015 | $99.44 | $0.00 | | $0.00 | FA |
| 4 | Business Checking Acct. 3930 | $1,173.17 | $0.00 | | $0.00 | FA |
| 5 | Ordinary Household Goods. | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | Ordinary clothing. | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life Insurance through Employer | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 401(k) | $50,000.00 | $0.00 | | $0.00 | FA |
| 9 | 75 Shares of American Stock-Wendy's | $396.00 | $315.76 | | $315.75 | FA |
| 10 | Shares of Kraft Foods Stock | $6,646.39 | $2,566.38 | | $2,566.38 | FA |
| 11 | Pepsico Stock | $8,279.81 | $9,048.25 | | $9,048.25 | FA |
| 12 | Altria Group Inc. Common Stock | $749.58 | $91.75 | | $91.75 | FA |
| 13 | Altria Group Inc DSPP Common Stock | $54.30 | $0.00 | | $0.00 | FA |
| 14 | Johnson & Johnson DRIP-Common Stock | $143.10 | $0.00 | | $0.00 | FA |
| 15 | McDonald's Corporation Common Stock | $1,397.62 | $0.00 | | $0.00 | FA |
| 16 | McDonald's Corporation McDirect Shares Direct Stock Purchase Plan | $9.96 | $0.00 | | $0.00 | FA |
| 17 | Avon Products Inc. DRIP-Common Stock | $40.96 | $0.00 | | $0.00 | FA |
| 18 | 2004 Honda Odyssey | $6,166.00 | $0.00 | | $0.00 | FA |
| 19 | 1996 Jeep Grand Cherokee | $1,816.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)

Gross Value of Remaining Assets

$262,014.02          $12,022.14          $12,022.13          $0.00

**Major Activities affecting case closing:**
  Waiting for one final distribution check to clear.
  Check after 10/15/2013

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| | |
|---|---|
| Case No.: | 12-25740-DRC |
| Case Name: | WALSH, ROBERT V. AND WALSH, GLYNIS |
| For the Period Ending: | 1/2/2014 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 06/27/2012 (f) |
| §341(a) Meeting Date: | 09/12/2012 |
| Claims Bar Date: | 04/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):        Current Projected Date Of Final Report (TFR):   06/30/2014        /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

| Case No. | 12-25740-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | WALSH, ROBERT V. AND WALSH, GLYNIS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2773 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | **-***2774 | | Account Title: | |
| For Period Beginning: | 6/27/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/2/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/14/2012 | | ROBERT WALSH | SALE OF STOCKS | * | $12,022.13 | | $12,022.13 |
| | {11} | | $9,048.25 | 1110-000 | | | $12,022.13 |
| | {10} | | $2,566.38 | 1129-000 | | | $12,022.13 |
| | {9} | | $315.75 | 1129-000 | | | $12,022.13 |
| | {12} | | $91.75 | 1129-000 | | | $12,022.13 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.38 | $12,012.75 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.38 | $11,993.37 |
| 02/21/2013 | 3001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $11.36 | $11,982.01 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.47 | $11,964.54 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.30 | $11,945.24 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.65 | $11,926.59 |
| 07/15/2013 | 3002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,952.21 | $9,974.38 |
| 07/15/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,552.50 | $8,421.88 |
| 07/15/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $20.05 | $8,401.83 |
| 07/15/2013 | 3005 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $504.00 | $7,897.83 |
| 07/15/2013 | 3006 | Atlas Acquisitions LLC  (HSBC Bank Nevada Natio) | Distribution on Claim #: 1; | 7100-000 | | $376.27 | $7,521.56 |
| 07/15/2013 | 3007 | Discover Bank | Distribution on Claim #: 2; | 7100-000 | | $834.47 | $6,687.09 |
| 07/15/2013 | 3008 | US BANK N.A. | Distribution on Claim #: 3; | 7100-000 | | $1,273.06 | $5,414.03 |
| 07/15/2013 | 3009 | American Express Centurion Bank | Distribution on Claim #: 5; | 7100-000 | | $759.15 | $4,654.88 |
| 07/15/2013 | 3010 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 6; | 7100-000 | | $729.65 | $3,925.23 |
| 07/15/2013 | 3011 | eCAST Settlement Corporation, assignee | Distribution on Claim #: 7; | 7100-000 | | $3,108.45 | $816.78 |
| 07/15/2013 | 3012 | Portfolio Recovery Associates, LLC | Distribution on Claim #: 8; | 7100-000 | | $816.78 | $0.00 |
| 11/06/2013 | 3007 | VOID: Discover Bank | | 7100-003 | | ($834.47) | $834.47 |
| 11/07/2013 | 3013 | CLERK OF THE US BANKRUPTCY COURT | Unclaimed funds from claim #2 Case #12-25740 | 7100-001 | | $834.47 | $0.00 |

| | | | | SUBTOTALS | $12,022.13 | $12,022.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 12-25740-DRC | | | **Trustee Name:** | David E. Grochocinski | |
| **Case Name:** | WALSH, ROBERT V. AND WALSH, GLYNIS | | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***2773 | | | **Checking Acct #:** | ******4001 | |
| **Co-Debtor Taxpayer ID #:** | **-***2774 | | | **Account Title:** | | |
| **For Period Beginning:** | 6/27/2012 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 1/2/2014 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,022.13 | $12,022.13 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,022.13 | $12,022.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,022.13 | $12,022.13 | |

| For the period of 6/27/2012 to 1/2/2014 | | For the entire history of the account between 12/14/2012 to 1/2/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,022.13 | Total Compensable Receipts: | $12,022.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,022.13 | Total Comp/Non Comp Receipts: | $12,022.13 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,022.13 | Total Compensable Disbursements: | $12,022.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,022.13 | Total Comp/Non Comp Disbursements: | $12,022.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 12-25740-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | WALSH, ROBERT V. AND WALSH, GLYNIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2773 | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | **-***2774 | Account Title: | |
| For Period Beginning: | 6/27/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/2/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $12,022.13 | $12,022.13 | $0.00 |

| **For the period of 6/27/2012 to 1/2/2014** | | **For the entire history of the case between 06/27/2012 to 1/2/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $12,022.13 | Total Compensable Receipts: | $12,022.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,022.13 | Total Comp/Non Comp Receipts: | $12,022.13 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,022.13 | Total Compensable Disbursements: | $12,022.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,022.13 | Total Comp/Non Comp Disbursements: | $12,022.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| ROBERT V. WALSH | ) | |
| GLYNIS WALSH | ) | Case No. 12 B 25740 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtors | ) | Bankruptcy Judge |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $1,952.21 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,952.21 |
| 3. | Chapter 11 Trustee's compensation | $0.00 |
| 4. | Chapter 11 Trustee's expenses | $0.00 |
| | TOTAL | $0.00 |

IT IS FUTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $1,552.50 |
| | b. Expenses | $20.05 |

      c. Chapter 11 Compensation                      <u>$0.00</u>

      d. Chapter 11 Expenses                          <u>$0.00</u>

2.     Accountant for the Trustee
       a. Compensation                              <u>$504.00</u>

      b. Expenses                                  <u>$0.00</u>

      c. Chapter 11 Compensation                      <u>$0.00</u>

      d. Chapter 11 Expenses                          <u>$0.00</u>

3.     Other Professionals
                        TOTAL                  <u>$2,076.55</u>

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED    *July 12, 2013*

              ENTERED:         *Donald R. Cassling*

                          DONALD R. CASSLING
                          UNITED STATES BANKRUPTCY JUDGE

# GREEN BANK

4000 Greenbriar Drive
Houston, TX 77098

Date 11/29/13                    Page    1

ROBERT V WALSH, DEBTOR
GLYNIS WALSH, DEBTOR
DAVID E GROCHOCINSKI, TRUSTEE C#12-25740
*********************************************
ATTN: US TRUSTEE SUPPORT
*********************************************

CONSUMER ACCOUNTS ONLY:  Effective September 15, 2013, the maximum number of NSF/OD
fees Green Bank will assess will be limited to 5 per day, the current maximum is
10 per day. The current fee of $30.00 for NSF/Overdraft items remains unchanged.

Account Title: ROBERT V WALSH, DEBTOR
                GLYNIS WALSH, DEBTOR
                DAVID E GROCHOCINSKI, TRUSTEE C#12-25740

Trustee Checking                              Number of Enclosures            1
Account Number         1705122574001          Statement Dates  11/01/13 thru 12/01/13
Previous Balance            834.47            Days in the statement period       31
    Deposits/Credits            .00           Average Ledger                 323.02
  1 Checks/Debits           834.47            Average Collected              323.02
Service Charge                  .00
Interest Paid                   .00
Current Balance                 .00

                --- CHECKS IN NUMBER ORDER ---
Date    Check No      Amount Reference
11/13      3013         834.47 022102247
* Denotes missing check numbers

Daily Balance Information
Date           Balance        Date          Balance
11/01            834.47     11/13                .00

GREEN BANK
4000 Greenbriar Drive
Houston, TX 77098



Check 3002 Amount $1,952.21 Date 7/17/2013



Check 3002 Back



Check 3003 Amount $1,552.50 Date 7/17/2013



Check 3003 Back



Check 3004 Amount $20.05 Date 7/18/2013



Check 3004 Back



Check 3005 Amount $504.00 Date 7/25/2013



Check 3005 Back

8/12/13

1261

GREEN BANK
4000 Greenbriar Drive
Houston, TX 77098



Check 3006 Amount $376.27 Date 7/25/2013



Check 3006 Back



Check 3008 Amount $1,273.06 Date 7/23/2013



Check 3008 Back



Check 3009 Amount $759.15 Date 7/22/2013



Check 3009 Back



Check 3010 Amount $729.65 Date 7/23/2013



Check 3010 Back

1261



Check 3011 Amount $3,108.45 Date 7/22/2013



Check 3011 Back

Check 3012 Amount $816.78 Date 7/26/2013



Check 3012 Back

8/12/13

1262

07/29/2013   Page: 2 of 2
Primary Account: 1705122574001

GREEN BANK
4000 Greenbriar Drive
Houston, TX 77098

---

■■■ THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT TO VIEW ■■■

David E. Grochocinski, Trustee   Case #: 12-25740-DRC   GREEN BANK, N.A. - TEXAS
1900 Ravinia Place   Case:   WALSH, ROBERT V. AND WALSH, GLYNIS
Orland Park IL 60462   Debtor(s)   2900 North Loop West, Suite 200
Houston, TX - 77092

630 950 -A

VOID AFTER 90 DAYS   DATE: 11/07/2013   CHECK NO:   3013

PAY:   EIGHT HUNDRED THIRTY-FOUR AND 47 / 100   $834.47

TO THE   CLERK OF THE US BANKRUPTCY COURT
ORDER   219 S. DEARBORN
OF:   CHICAGO, IL 60604

Trustee

Unclaimed funds from claim #2

⑈00003013⑈ ⑆113024164⑆ ⑈1705122574001⑈   630750-A

**Check 3013 Amount $834.47 Date 11/13/2013**

---

FRB CLEVELAND

0410-3503-3

US Treas DG - OTCNET

11/12/2013

PAY ANY FEDERAL RESERVE BANK OR GENERAL DEPOSITORY FOR CREDIT OF THE UNITED STATES TREASURY SYMBOL 4071

**Check 3013 Back**

---

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT TO VIEW

d E. Grochocinski, Trustee   Case #: 12-25740-DRC   GREEN BANK, N.A. - TEXAS
Ravinia Place   Case:   WALSH, ROBERT V. AND WALSH, GLYNIS
Orland Park IL 60462   Debtor(s).   2900 North Loop West, Suite 200
Houston, TX - 77092

VOID AFTER 90 DAYS   DATE: 07/15/2013   CHECK NO:   3007

PAY:   EIGHT HUNDRED THIRTY-FOUR AND 47 / 100   $834.47

TO THE   Discover Bank
ORDER   DB Servicing Corporation
OF:   PO Box 3025
New Albany, OH 43054-3025



Trustee